IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PETER GAKUBA,

        Plaintiff,

v.

KARIN PANNIER and
TERRY GRISSOM,[1]

        Defendants.

Case No. 19-cv-1274-NJR

# MEMORANDUM AND ORDER

**ROSENSTENGEL, Chief Judge:**

    This matter is before the Court on Plaintiff Peter Gakuba's motion for equitable relief (Doc. 38). Gakuba seeks an order from the Court allowing him access to the prison's e-filing system. Defendant Grissom has filed a response to the motion (Doc. 49), in which he argues that Gakuba's request is moot because Vienna Correctional Center ("Vienna") now participates in this Court's e-filing system. He also argues that Gakuba's request for injunctive relief is unrelated to the current claims in this case.

    Gakuba's Amended Complaint (Doc. 13) alleges a single access to the courts claim against Defendant Pannier for denying him adequate access to the law library and legal materials (Doc. 17, pp. 7-8). His motion for equitable relief (Doc. 38) alleges that he is forced to mail his legal filings because Vienna does not participate in the Court's e-filing system and his legal mail is often delayed and/or lost (Doc. 38). But, as Grissom points

---

[1] The Warden of Vienna Correctional Center has been identified as Terry Grissom. The Clerk is DIRECTED to CORRECT the docket to reflect the Warden's proper name.

out, these allegations are unrelated to his claim against Pannier for denying him access to the law library and legal materials. If Gakuba believes his rights have been violated by his inability to e-file materials at Vienna and/or for lost legal mail, he would have to file a new lawsuit after first exhausting his administrative remedies. His claims against Vienna Mailroom Staff were previously dismissed from this case (Doc. 17, p. 3). Further, Vienna now participates in this Court's e-filing system. Grissom testified in an affidavit that the equipment necessary for e-filing has now been installed at the prison, and the law library has received training for e-filing (Doc. 49-1, p. 1). Vienna began e-filing with this Court and the Central District of Illinois on June 5, 2020 (*Id.*). Thus, Gakuba's request to have access to the e-filing system at Vienna is now moot.

Accordingly, Gakuba's motion for equitable relief (Doc. 38) is **DENIED as moot**.

**IT IS SO ORDERED.**

**DATED:   June 9, 2020**

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**